ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 6 2023

KEVIN P. WEIMER, Clerk
By: *TCC* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. **1:23-CR307** |
| MONIQUE CLARK | |

THE GRAND JURY CHARGES THAT:

### Background

At all times material to this indictment:

1.  The Fulton County North Annex Jail in Alpharetta, Georgia was a facility operated and controlled by the Fulton County Sheriff's Office, which is responsible for the custody, control, care, and safety of pretrial detainees.

2.  The defendant, MONIQUE CLARK, was employed as a Detention Officer with the Fulton County Sheriff's Office.

3.  C.B. was a pretrial detainee at the Fulton County North Annex Jail.

### Count One

4.  The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5.  On or about June 5, 2023, in the Northern District of Georgia, the defendant, MONIQUE CLARK, while acting under color of law as a Detention Officer for the Fulton County Sheriff's Office, willfully deprived C.B. of the right,

secured and protected by the Constitution and laws of the United States, not to be deprived of due process of law, which includes the right of a pretrial detainee to be free from a law enforcement officer's unreasonable use of force. Specifically, MONIQUE CLARK, without legal justification, used his hands to strangle C.B. while C.B. was handcuffed. The offense resulted in bodily injury to C.B.

All in violation of Title 18, United States Code, Section 242.

A _____ *True* _____ BILL

*Perry Herwah*
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

*Brent Alan Gray*
BRENT ALAN GRAY
 *Assistant United States Attorney*
Georgia Bar No. 155089

BRET R. HOBSON
 *Assistant United States Attorney*
Georgia Bar No. 882520

KRISTEN M. CLARKE
 *Assistant Attorney General*
 *Civil Rights Division*

2

ALEC C. WARD
*Trial Attorney, Civil Rights Division*
District of Columbia Bar No. 1781142


600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000