# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00307-JPB-CCB
### USA v. Clark
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 06/26/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:00 P.M.
TIME IN COURT: 2:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
USPO: Deneen McWilliams
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT: | [1]Monique Clark Present at proceedings |
| ATTORNEYS PRESENT: | Bret Hobson representing USA<br>Devin Rafus representing Monique Clark<br>Alec Ward representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | The Court sustained Defendant's objections to paragraphs 27 and 32-35 of the PSR. The Court preliminarily sustained paragraph 39 of the PSR. The Court overruled Defendant's objection to paragraph 41 and found the two-level adjustment applied. The Court adopted the findings of fact and conclusions of law in the Presentence Report to which no objection has been made. Defendant's friend, niece and sister spoke to the Court. The Court heard from counsel on guideline calculations and sentencing options.  Defendant addressed the Court. Defendant's witness Deputy Ewang Gates testified. The Court heard argument on the extent of the victim's injuries, which may impact the application of a sentencing departure and the Court's preliminary ruling as to Defendant's objection to paragraph 39 of the PSR. The government presented bodycam footage, marked and admitted as Court's Exhibits 1-3. The Court announced it will recess until tomorrow afternoon to take the matter further under advisement. Defendant remained on pretrial release. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 12:00 PM on June 27, 2024. |
| EXHIBIT STATUS: | Exhibits retained to prosecution. |